# McConnell v. Pennsylvania Railroad Company.

*Appeals—Charge—Exceptions—Quashing appeal.*

An appeal will be quashed where the only errors assigned are to the charge of the court, and it appears that no exception was taken to the charge at the trial.

Argued March 23, 1903. Appeal, No. 63, Jan. T., 1903, by plaintiff, from judgment of C. P. No. 1, Phila. Co., March T., 1900, No. 933. Before MITCHELL, FELL, BROWN, MESTREZAT and POTTER, JJ. Appeal quashed.

*Edwin Jaquett Sellers*, for the motion.

*Francis G. Gallagher*, contra.

PER CURIAM, May 25, 1903 :

It appearing that no exception was taken to the charge of the court below, and the only errors assigned here being to the charge, the appeal must be quashed : Curtis v. Winston, 186 Pa. 492.

Appeal quashed.